AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:25-cr-322 |
| PETER WILLIAMS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter Williams

Date:   10/22/2025

/s/ John P. Rowley III
*Attorney's signature*

John P. Rowley III (Bar No. 392629)
*Printed name and bar number*

SECIL Law
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
*Address*

jrowley@secillaw.com
*E-mail address*

(202) 642-0679
*Telephone number*

*FAX number*