Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.: 25cr322 (LLA)
)
PETER WILLIAMS )
)
)

## WAIVER OF INDICTMENT

I, _____PETER WILLIAMS_____, the above-named defendant, who is accused of

Count 1: Theft of Trade Secrets, 18 U.S.C. § 1832(a)(1)

Count 2: Theft of Trade Secrets, 18 U.S.C. § 1832(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____10/29/2025_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: _____10/29/2025_____
Hon. Loren L. AliKhan
United States District Judge