UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 25-cr-322(LLA) |
| : | |
| PETER WILLIAMS, : | VIOLATIONS: |
| : | 18 U.S.C. § 1832 (Theft of Trade Secrets) |
| Defendant. : | |
| : | |

**PRELIMINARY ORDER OF FORFEITURE**

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant, Peter Williams, and his counsel, John P. Rowley, III and Lionel Andre, in which defendant has plead guilty to: two counts of Theft of Trade Secrets, charging him with Theft of Trade Secrets, in violation of 18 U.S.C. § 1832 and a Forfeiture Allegation.

*WHEREAS*, in his plea agreement, the defendant agreed to the forfeiture of any property, real or personal, which constitutes, involved with, or derived from proceeds traceable to, the offense alleged in Counts 1 and 2, which property is subject to forfeiture, and a money judgement in an amount to be determined by the Court pursuant to Title 18 United States Code Sections 981(a)(1)(C), 1834, and 2323, and Title 28 United States Code Section § 2461(c);

*WHEREAS*, the defendant has agreed to forfeit the following specific property:

(1) A house in Washington, D.C. located at 1406 Buchanan Street, N.W., Washington, D.C. 20011, Square 2703 and Lot 57;
(2) The following watches:
   a. Replica Rolex Submariner Oyster Perpetual Date wristwatch w/ black face, green bezel and silver colored bracelet, 126610;
   b. Pagani Design PD1752 wristwatch with blue and copper bezel and silver and copper colored bracelet;
   c. Replica Omega Seamaster w/ blue face, blue and copper dial, and silver and copper bracelet, 89236388;

1

    d. Seizmont wristwatch with silver face, blue material band;
    e. Replica Rolex Oyster Perpetual Cosmograph Daytona wristwatch with white face, black bezel and silver colored bracelet;
    f. Tag Heuer Aquaracer Calibre 16 wristwatch with black face, silver bezel and silver colored bracelet, RBL4269;
    g. Replica Omega Seamaster Diver Professional wristwatch with blue face, blue bezel, and silver colored bracelet, ST2010108;
    h. Grand Seiko wristwatch with white pearl face and silver colored bracelet, 28N349 9R65-0AE0 ;
    i. Tag Heuer Carrera Calibre 16 wristwatch with black face and silver colored bracelet, CVA1R WKD9990;
    j. Longines wristwatch with white face and dark brown leather band, L678.2, 46238295;
    k. Tag Heuer Carrera Calibre 1887 wristwatch with black face and silver colored bracelet, CAR2119.4, WBM4585;
    l. Casio G-Shock GA-2110ET wristwatch with gray and multicolor face and gray band, ABFF6N;
    m. Replica Rolex Submariner Oyster Perpetual Date wristwatch with green face and silver colored bracelet, 116610;
    n. Breitling Premier B25 Datura 42 wristwatch with copper face and brown leather band;
    o. Tag Heuer Carrera women's wristwatch with black face, silver colored bracelet, silver set indexes, WAK2413-2, WKZ9796;
    p. Replica Rolex Oyster Perpetual Datejust wristwatch with blue face and silver colored bracelet, U28634A5;
    q. Rolex Datejust women's wristwatch with pink face, diamond facets, silver/gold colored bracelet, L605Y267;
    r. Replica Rolex Oyster Perpetual Date Yacht Master wristwatch with gray face, silver bezel and silver colored bracelet, 2LQ37141;
    s. Apple Watch Hermes Series 8 wristwatch with black face, silver trim, and brown leather band;
    t. Apple Watch Hermes Series 10 wristwatch with black face, silver trim, and brown leather band;
    u. Apple Watch Hermes Ultra wristwatch with black face, silver trim, and red band; and
    v. Tag Heuer Aquaracer wristwatch with black face and silver colored bracelet, CAY Z110-0, RZD5244;

(3) One light blue Louis Vuitton handbag;
(4) One woman's Tiffany Lock Bangle with diamonds and gold;
(5) One woman's diamond solitaire ring;
(6) One Tiffany and Co. diamond and tanzanite flower ring;
(7) One light blue Moncler jacket;
(8) One black Moncler jacket; and

(9) All funds, cryptocurrency, and fiat currency located in the following accounts controlled by Williams:
  a. Wise Bank (UK and Australia), membership number last four 1462;
  b. Commonwealth Bank (Australia), account number last four 2124;
  c. St. Georges Bank (Australia), account numbers last four 6123 and 9817;
  d. Chase Bank (United States), account numbers last four 3268;
  e. Coinbase (Australia), user ID last fourb6401;,
  f. Changenow (United States), address last four Bsf8 containing 0.02985081 BTC and 0.00240038 SOL as of September 10, 2025; and
  g. Gemini Trust Company (United States) and Gemini Intergalactic Australia Pty. Ltd. (Australia), account ID last four 9418 containing 0.855 BTC as of August 04, 2025.

(collectively, "Forfeitable Property") and a money judgement in an amount to be determined by the Court;

**WHEREAS**, in his plea agreement, the defendant agreed to pay restitution in the amount of $1.3 million, and the United States intends to seek a money judgement of $1.3 million in forfeiture, and intends to credit forfeiture proceeds for payment of restitution;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes, involved with, or derived from proceeds traceable to, the offense alleged in Counts One and Two, which property is subject to forfeiture, pursuant to Title 18 United States Code Sections 981(a)(1)(C), 1834, and 2323, and Title 28 United States Code Section § 2461(c), and that forfeiture in this matter will include a money judgement of at least $1.3 million, and the following specific property, is subject to forfeiture:

(1) A house in Washington, D.C. located at 1406 Buchanan Street, N.W., Washington, D.C. 20011, Square 2703 and Lot 57
(2) The following watches:
  a. Replica Rolex Submariner Oyster Perpetual Date wristwatch w/ black face, green bezel and silver colored bracelet, 126610;

      b. Pagani Design PD1752 wristwatch with blue and copper bezel and silver and copper colored bracelet;
      c. Replica Omega Seamaster w/ blue face, blue and copper dial, and silver and copper bracelet, 89236388;
      d. Seizmont wristwatch with silver face, blue material band;
      e. Replica Rolex Oyster Perpetual Cosmograph Daytona wristwatch with white face, black bezel and silver colored bracelet;
      f. Tag Heuer Aquaracer Calibre 16 wristwatch with black face, silver bezel and silver colored bracelet, RBL4269;
      g. Replica Omega Seamaster Diver Professional wristwatch with blue face, blue bezel, and silver colored bracelet, ST2010108;
      h. Grand Seiko wristwatch with white pearl face and silver colored bracelet, 28N349 9R65-0AE0 ;
      i. Tag Heuer Carrera Calibre 16 wristwatch with black face and silver colored bracelet, CVA1R WKD9990;
      j. Longines wristwatch with white face and dark brown leather band, L678.2, 46238295;
      k. Tag Heuer Carrera Calibre 1887 wristwatch with black face and silver colored bracelet, CAR2119.4, WBM4585;
      l. Casio G-Shock GA-2110ET wristwatch with gray and multicolor face and gray band, ABFF6N;
      m. Replica Rolex Submariner Oyster Perpetual Date wristwatch with green face and silver colored bracelet, 116610;
      n. Breitling Premier B25 Datura 42 wristwatch with copper face and brown leather band;
      o. Tag Heuer Carrera women's wristwatch with black face, silver colored bracelet, silver set indexes, WAK2413-2, WKZ9796;
      p. Replica Rolex Oyster Perpetual Datejust wristwatch with blue face and silver colored bracelet, U28634A5;
      q. Rolex Datejust women's wristwatch with pink face, diamond facets, silver/gold colored bracelet, L605Y267;
      r. Replica Rolex Oyster Perpetual Date Yacht Master wristwatch with gray face, silver bezel and silver colored bracelet, 2LQ37141;
      s. Apple Watch Hermes Series 8 wristwatch with black face, silver trim, and brown leather band;
      t. Apple Watch Hermes Series 10 wristwatch with black face, silver trim, and brown leather band;
      u. Apple Watch Hermes Ultra wristwatch with black face, silver trim, and red band; and
      v. Tag Heuer Aquaracer wristwatch with black face and silver colored bracelet, CAY Z110-0, RZD5244;

(3) One light blue Louis Vuitton handbag;
(4) One woman's Tiffany Lock Bangle with diamonds and gold;
(5) One woman's diamond solitaire ring;

 (6) One Tiffany and Co. diamond and tanzanite flower ring;
 (7) One light blue Moncler jacket;
 (8) One black Moncler jacket; and
 (9) All funds, cryptocurrency, and fiat currency located in the following accounts controlled by Williams:
  a. Wise Bank (UK and Australia), membership number last four 1462;
  b. Commonwealth Bank (Australia), account number last four 2124;
  c. St. Georges Bank (Australia), account numbers last four 6123 and 9817;
  d. Chase Bank (United States), account numbers last four 3268;
  e. Coinbase (Australia), user ID last four b6401;
  f. Changenow (United States), address last four Bsf8 containing 0.02985081 BTC and 0.00240038 SOL as of September 10, 2025; and
  g. Gemini Trust Company (United States) and Gemini Intergalactic Australia Pty. Ltd. (Australia), account ID last four 9418 containing 0.855 BTC as of August 04, 2025.

and the Government has established the requisite nexus between the property and the offense,

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED***:

(1) A money judgement of $1.3 million and that the following property is declared forfeited to the United States, pursuant to Title 18 United States Code Sections 981(a)(1)(C), 1834, and 2323, and Title 28 United States Code Section § 2461(c): and property that constitutes, is involved with, or derived from proceeds traceable to, the offense alleged in Counts One and Two:

 (1) A house in Washington, D.C. located at 1406 Buchanan Street, N.W., Washington, D.C. 20011, Square 2703 and Lot 57;
 (2) The following watches:
  a. Replica Rolex Submariner Oyster Perpetual Date wristwatch w/ black face, green bezel and silver colored bracelet, 126610;
  b. Pagani Design PD1752 wristwatch with blue and copper bezel and silver and copper colored bracelet;
  c. Replica Omega Seamaster w/ blue face, blue and copper dial, and silver and copper bracelet, 89236388;
  d. Seizmont wristwatch with silver face, blue material band;

      e. Replica Rolex Oyster Perpetual Cosmograph Daytona wristwatch with white face, black bezel and silver colored bracelet;
      f. Tag Heuer Aquaracer Calibre 16 wristwatch with black face, silver bezel and silver colored bracelet, RBL4269;
      g. Replica Omega Seamaster Diver Professional wristwatch with blue face, blue bezel, and silver colored bracelet, ST2010108;
      h. Grand Seiko wristwatch with white pearl face and silver colored bracelet, 28N349 9R65-0AE0 ;
      i. Tag Heuer Carrera Calibre 16 wristwatch with black face and silver colored bracelet, CVA1R WKD9990;
      j. Longines wristwatch with white face and dark brown leather band, L678.2, 46238295;
      k. Tag Heuer Carrera Calibre 1887 wristwatch with black face and silver colored bracelet, CAR2119.4, WBM4585;
      l. Casio G-Shock GA-2110ET wristwatch with gray and multicolor face and gray band, ABFF6N;
      m. Replica Rolex Submariner Oyster Perpetual Date wristwatch with green face and silver colored bracelet, 116610;
      n. Breitling Premier B25 Datura 42 wristwatch with copper face and brown leather band;
      o. Tag Heuer Carrera women's wristwatch with black face, silver colored bracelet, silver set indexes, WAK2413-2, WKZ9796;
      p. Replica Rolex Oyster Perpetual Datejust wristwatch with blue face and silver colored bracelet, U28634A5;
      q. Rolex Datejust women's wristwatch with pink face, diamond facets, silver/gold colored bracelet, L605Y267;
      r. Replica Rolex Oyster Perpetual Date Yacht Master wristwatch with gray face, silver bezel and silver colored bracelet, 2LQ37141;
      s. Apple Watch Hermes Series 8 wristwatch with black face, silver trim, and brown leather band;
      t. Apple Watch Hermes Series 10 wristwatch with black face, silver trim, and brown leather band;
      u. Apple Watch Hermes Ultra wristwatch with black face, silver trim, and red band; and
      v. Tag Heuer Aquaracer wristwatch with black face and silver colored bracelet, CAY Z110-0, RZD5244;

(3) One light blue Louis Vuitton handbag;
(4) One woman's Tiffany Lock Bangle with diamonds and gold;
(5) One woman's diamond solitaire ring;
(6) One Tiffany and Co. diamond and tanzanite flower ring;
(7) One light blue Moncler jacket;
(8) One black Moncler jacket; and
(9) All funds, cryptocurrency, and fiat currency located in the following accounts controlled by Williams:

6

      a. Wise Bank (UK and Australia), membership number last four 1462;
      b. Commonwealth Bank (Australia), account number last four 2124;
      c. St. Georges Bank (Australia), account numbers last four 6123 and 9817;
      d. Chase Bank (United States), account numbers last four 3268;
      e. Coinbase (Australia), user ID last four b6401;
      f. Changenow (United States), address last four Bsf8 containing 0.02985081 BTC and 0.00240038 SOL as of September 10, 2025; and
      g. Gemini Trust Company (United States) and Gemini Intergalactic Australia Pty. Ltd. (Australia), account ID last four 9418 containing 0.855 BTC as of August 04, 2025.

2. Any funds recovered Mr. Williams' accounts in (9) above, or obtained based on sale of the Forfeitable Property, shall be credited against the $1.3 million forfeiture money judgement.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 29 day of October, 2025.

                                           _____
                                           LOREN L. ALIKHAN
                                           UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

JEANNINE F. PIRRO
United States Attorney

_/s/ Tejpal Chawla_
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7280 (phone)
(202) 252-7792 (fax)
Tejpal.chawla@usdoj.gov

Prava Palacharla
Trial Attorney
U.S. Department of Justice
National Security Division
National Security Cyber Section

Nicholas Hunter
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section

_____
Peter Williams
Defendant

_____
John P. Rowely, III
Lionel Andre
Counsel for Defendant

WE ASK FOR THIS:

JEANNINE F. PIRRO
United States Attorney

_/s/ Tejpal Chawla_
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7280 (phone)
(202) 252-7792 (fax)
Tejpal.chawla@usdoj.gov

Prava Palacharla
Trial Attorney
U.S. Department of Justice
National Security Division
National Security Cyber Section

Nicholas Hunter
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section

_____
Peter Williams
Defendant

_____
John P. Rowely, III
Lionel Andre
Counsel for Defendant