UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PETER WILLIAMS

25-CR-322 (LLA)

## AGREED MOTION TO PAY FUNDS INTO COURT REGISTRY

The United States of America and Defendant Peter Williams respectfully request the Court to order funds related the sale of a property be paid into the registry of the Court, and would show the Court as follows:

### Background

1. On October 14, 2025, the Defendant was charged by Information with two counts of Theft of Trade Secrets, in violation of 18 U.S.C. § 1832. Docket No. 1.

2. The Information included a Forfeiture Allegation, stating that if the Defendant is convicted of any of the charges in the Information, "the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from, either directly or indirectly, with proceeds traceable to these offenses, and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of this offense." *Id.* The Allegation specifically identified the Defendant's home in the District of Columbia ("DC Property") and also "forfeiture of substitute property" in the event property subject to forfeiture cannot be located, has been transferred, comingled, has been substantially diminished in value, or has otherwise been placed beyond the jurisdiction of the Court. *Id.*

3. On October 29, 2025, the Defendant entered a guilty plea to both counts of the Information and agreed to: (1) pay restitution in the amount of at least $1,300,000, and (2) forfeit certain property and funds, to include the DC Property.

### The DC Property

4. In or around October 2, 2025, the Defendant, with notice to the United States, offered the DC Property for sale. The Defendant believes he will have equity in the home in excess of $200,000 after the sale of the property. As of the filing of this Motion, no contract to sell the property has been entered into by the Defendant.

5. The Defendant agrees that the entirety of the amount due to him from the sale of the DC Property should be applied to the restitution amount set forth in his Plea Agreement.

### Relief Requested

6. Both the Government and Defendant Williams respectfully request that the Court (1) authorize Defendant to sell the DC Property; (2) order that the funds from the sale of such property due to Defendant be paid into the registry of the Court as payment towards restitution after sentencing.

7. Such an order will allow the pre-arranged sale of the DC Property to go forward without causing additional delay or incurring additional expense. It will also ensure that the funds relating to the sale of the property are preserved and applied towards the restitution amount agreed to in the Defendant's plea agreement.

8. Accordingly, the Government and Defendant respectfully request that the Court enter the proposed form of order submitted with the instant motion.

Respectfully submitted,

United States Attorney

By:   /s/ Tejpal Chawla
Tejpal Chawla
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia

Prava Palacharla
Trial Attorney
U.S. Department of Justice

National Security Division
National Security Cyber Section

Nicholas Hunter
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section

AGREED BY:

_____
John P. Rowely, III
Lionel Andre
Counsel for Defendant

_____
Peter Williams
Defendant