UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PETER WILLIAMS

25-CR-322

## ORDER TO PAY FUNDS INTO COURT REGISTRY

Pending before the Court is the Agreed Motion to Pay Funds Into Court Registry, agreed to between the Government and Defendant Peter Williams.  Having considered the Motion, the Court concludes that it should be granted.  Accordingly, the Court:

ORDERS that the Defendant Williams may complete the sale of the residential property lot located at ███████████████ (the "DC Property");

ORDERS that Defendant Williams pay, or cause to be paid, the funds due to him from the sale of the DC Property into an escrow fund controlled by his counsel or real estate agent ("Escrow Account"); and

ORDERS that after the defendant's sentencing, the defendant, his counsel, or real estate agent, transfer all funds, including an interest accrued, from the Escrow Account to the registry of the Court once established by the Court.

SIGNED this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE