UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> *Plaintiff,* <br> v. <br><br> **PETER WILLIAMS,** <br><br> *Defendant.* | **Case No. 25-cr-322 (LLA)** |

**ORDER**

Before the Court is a Joint Motion to Continue Sentencing. For the reasons set forth therein, it is hereby

**ORDERED** that the sentencing hearing currently set for February 12, 2026, be continued to _____, 2026 at \_\_\_\_\_ a/p.m.; and it is further

**ORDERED** that the parties shall submit their sentencing memorandum on or before February 10, 2026, and any reply to those memorandum, on or before February 17, 2026.

DATE: January \_\_\_, 2026

_____
The Honorable Loren L. AliKhan
United States District Judge for
the District of Columbia