UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br>v.<br><br>**PETER WILLIAMS,**<br><br>*Defendant.* | Case No. 25-cr-322 (LLA) |

## AGREED MOTION TO EXTEND BRIEFING SCHEDULE

Defendant Peter Williams, by and through his undesigned counsel, and with the agreement of counsel for the government, moves this Honorable Court to extend to Thursday, February 19, 2026, the date for submission of the parties' replies to the sentencing memoranda, which are currently due on Tuesday, February 17, 2026. This request does not affect the currently scheduled date of sentencing on February 24, 2026, at 2:30 pm.

As reasons for this request, Mr. Williams states that one of his undersigned counsel has been unexpectedly called out of town on an urgent family matter, with an anticipated return to the Washington, D.C. area on Sunday, February 15, 2026, and will require additional time to prepare Mr. Williams' reply to the government's sentencing memorandum. The parties have additionally learned that the U.S. Probation Office intends to file its final version of the Pre-Sentence Investigation Report ("PSR") on February 17, 2026.

The parties have discussed the schedule and are in agreement that a two-day extension of the date for submission of their replies to the sentencing memoranda is desirable and would serve the interests of justice. The currently scheduled sentencing on February 24, 2026, at 2:30 pm is not affected by this request.

Respectfully submitted,

SECIL LAW PLLC

/s/ *John P. Rowley III*
John P. Rowley III (DC Bar No. 392629)
Lionel Andre (DC Bar No. 422534)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
jrowley@secillaw.com
(202) 642-0679
landre@secillaw.com
(703) 232-4622

*Counsel for Peter Williams*


JEANNINE F. PIRRO
United States Attorney

_____/S/_____
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7280 (phone)
(202) 252-7792 (fax)
Tejpal.chawla@usdoj.gov

Prava Palacharla
Trial Attorney
U.S. Department of Justice
National Security Division
National Security Cyber Section

Nicholas Hunter
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section