UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>             *Plaintiff,*<br><br>      v.<br><br>**PETER WILLIAMS,**<br><br>             *Defendant.* | Case No. 25-cr-322 (LLA) |

# ORDER

Before the Court is an Agreed Motion to Extend the Briefing Schedule. Based on the agreement of the parties and for good cause shown, it is hereby

**ORDERED** that the due date for the parties' replies to the sentencing memoranda currently scheduled for Tuesday, February 17, 2026, is hereby extended to February 19, 2026; and it is further

**ORDERED** that the sentencing scheduled for February 24, 2026, at 2:30 pm is not affected by this extension.

DATE:

_____
The Honorable Loren L. AliKhan
United States District Judge for
the District of Columbia