**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Action No. 1:25-CR-00322** |
| | : | |
| **PETER WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully requests that the foregoing Declaration of Publication, be

made part of the record in this case.

                    Respectfully Submitted,

                    JEANINE FERRIS PIRRO
                    United States Attorney

          By: */s/ Tejpal S. Chawla*
                    Tejpal S. Chawla
                    Assistant United States Attorney
                    D.C. Bar 464012
                    United States Attorney's Office
                    601 D Street NW
                    Washington, D.C. 20530
                    Telephone: 202-252-7280
                    Email: tejpal.chawla@usdoj.gov