**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal Action No. 1:25-CR-00322** |
| | : | |
| PETER WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules

of Criminal Procedure, notice of the forfeiture was posted on an official government internet

site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 25, 2026

and ending on July 24, 2026. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

July 27, 2026 at Washington, DC.

*Shirley Long*
_____
Shirley Long
Records Examiner

Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
COURT CASE NUMBER: 1:25-CR-00322; NOTICE OF FORFEITURE**

Notice is hereby given that on October 29, 2025, in the case of U.S. v. Peter Williams, Court Case Number 1:25-CR-00322, the United States District Court for the District of Columbia entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Watches from 1406 Buchanan Street, NW, Washington, DC (25-FBI-006321), including the following items: 1 Stainless Steel Men's Pagani Design Watch, Ser No: NA; 1 Replica Stainless Steel Rolex Bracelet Watch, Ser No: 2R94X181; 1 Stainless Steel and Rose Gold Plated Replica Omega Watch, Ser No: 89236388; 1 Stainless Steel Mens Seizmont Watch, Dante II Skeleton Model, Ser No: NA; 1 Replica Stainless Steel Rolex Bracelet Watch, Yacht Master Model (Replica), Ser No: 2LQ37141; 1 Replica Stainless Steel Rolex Chronograph Bracelet Watch, Ser No: 76R3R705; 1 Stainless Steel Men's Longines Chronograph Watch, Master Collection, Ser No: 46238295; 1 Stainless Steel Men's Breitling Chronograph Watch, Premier Datora B25, Ser No: 7306071; 1 Gray Resin Custom Casio G Shock Watch, "Casioak" Model, Ser No: 5611-ABFF6N; 1 Stainless Steel Men's Tag Heuer Chronograph Bracelet Watch, Carrera Model, Ser No: WBM4585; 1 Replica Stainless Steel Rolex Bracelet Watch, Submariner Model (Replica), Ser No: 8958U9N5; 1 Stainless Steel Replica Omega Watch, Seamaster Diver 300 Model, Ser No: 89236388; 1 Stainless Steel Men's Tag Heuer Chronograph Bracelet Watch, Ser No: RZD5244; 1 Stainless Steel Men's Tag Heuser Watch, Aquaracer 330M Alarm Model, Ser No: RBL4269; 1 Titanium Men's Grand Seiko Watch, Spring Drive Heritage Model w/blue box, Ser No: 28N349; 1 Stainless Steel Men's Tag Heuer Chronograph Bracelet Watch, Carrera Calibre 16, Ser No: WKD9990; 1 Stainless Steel Apple Watch, Hermes Series 8 Model, Ser No: H0CM9T72VT; 1 Stainless Steel Apple Watch Hermes Series 6 Model, Ser No: GY6DM3RWQ431; 1 Replica Stainless Steel Rolex Bracelet Watch, Date Just Model (Replica), Ser No: U28634A5; 1 Stainless Steal Ladies Tag Heuer Bracelet Watch, Carrera Lady Model, Ser No: WKZ9796; 1 Stainless Steel and 18K Everose Lady's Rolex Bracelet Watch, Ser No: 279161-0028; 1 Titanium and Stainless Steel Apple Watch, Hermes Series 10 Model, Ser No: FC99ND94NV; 1 Titanium and Ceramic Apple Watch Ultra Model Hermes Series, Ser No: MLYYY7KV6C which was seized from Peter Williams on August 06, 2025 at 1406 Buchanan Street, NW, located in Washington, DC

Miscellaneous Jewelry from 1406 Buchanan Street, NW, Washington, DC Ser No: see items list (25-FBI-006369), including the following items: 1 18k Rose Gold and white gold ladies Tiffany and Company Lock Bangle Bracelet; 1 Platinum Tiffany and Company Diamond Engagement Ring; 1 Platinum Tanzanite and Diamond Ladies Tiffany and Company Ring which was seized from Peter Williams on August 06, 2025 at 1406 Buchanan Street, NW, located in Washington, DC

(2) Moncler Coats from 1406 Buchanan Street, NW, Washington, DC (25-FBI-006372), including the following items: 1 Moncler jacket, light blue with black lettering; 1 Black Moncler Jacket which was seized from Peter Williams on August 06, 2025 at 1406 Buchanan Street, NW, located in Washington, DC

Louis Vuitton HandBag from 1406 Buchanan Street, NW, Washington, DC (25-FBI-006437) which was seized from Peter Williams on August 06, 2025 at 1406 Buchanan Street, NW, located in Washington, DC

0.02985081 Bitcoin (BTC)from wallet 1GKBxyNYuBF9dapCVEQx2NB2aidL2SBsf8 held at ChangeNow (26-FBI-000807) which was seized from Peter Williams on October 29, 2025 at 1406 Buchanan Street, NW, located in Washington, DC

0.85517121 Bitcoin (BTC) from Gemini Account ID 18979418 in the name of Peter Williams (26-FBI-000809) which was seized from Peter Williams on October 29, 2025 at 1406 Buchanan Street, NW, located in Washington, DC

Cash/Currency in lieu of $2,435.00 in funds from Bank Account 000000000003268 held in the name of Peter Williams at JPMorgan Chase Bank Acct# 000000930863268 (26-FBI-001456) which was seized from Peter Williams on February 18, 2026 at 2700 Woodley Road, NW, Unit 314, located in Washington, DC

$74,355.01 in funds from Bank Account xxxxxx8400 held in the name of Peter Williams at Founders Bank Acct# 2100048400 (26-FBI-001907) which was seized from Peter Williams on October 29, 2025 at Founders Bank, 5101 Wisconsin Ave., NW, located in Washington, DC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (June 25, 2026) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 333 Constitution Ave., NW, Washington, DC  20001, and a copy served upon Assistant United States Attorney Rick Blaylock, 601 D Street, N.W., Washington, DC  20530.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a

description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Rick Blaylock, 601 D Street, N.W., Washington, DC 20530. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 25, 2026 and July 24, 2026.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Peter Williams

**Court Case No:**       1:25-CR-00322
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/25/2026 | 23.9 | Verified |
| 2 | 06/26/2026 | 23.9 | Verified |
| 3 | 06/27/2026 | 23.8 | Verified |
| 4 | 06/28/2026 | 23.9 | Verified |
| 5 | 06/29/2026 | 23.9 | Verified |
| 6 | 06/30/2026 | 23.9 | Verified |
| 7 | 07/01/2026 | 23.9 | Verified |
| 8 | 07/02/2026 | 24.0 | Verified |
| 9 | 07/03/2026 | 23.9 | Verified |
| 10 | 07/04/2026 | 24.0 | Verified |
| 11 | 07/05/2026 | 23.9 | Verified |
| 12 | 07/06/2026 | 24.0 | Verified |
| 13 | 07/07/2026 | 24.0 | Verified |
| 14 | 07/08/2026 | 23.9 | Verified |
| 15 | 07/09/2026 | 23.9 | Verified |
| 16 | 07/10/2026 | 23.9 | Verified |
| 17 | 07/11/2026 | 23.9 | Verified |
| 18 | 07/12/2026 | 23.9 | Verified |
| 19 | 07/13/2026 | 24.0 | Verified |
| 20 | 07/14/2026 | 24.0 | Verified |
| 21 | 07/15/2026 | 23.9 | Verified |
| 22 | 07/16/2026 | 23.9 | Verified |
| 23 | 07/17/2026 | 23.8 | Verified |
| 24 | 07/18/2026 | 24.0 | Verified |
| 25 | 07/19/2026 | 24.0 | Verified |
| 26 | 07/20/2026 | 23.9 | Verified |
| 27 | 07/21/2026 | 23.9 | Verified |
| 28 | 07/22/2026 | 23.9 | Verified |
| 29 | 07/23/2026 | 23.9 | Verified |
| 30 | 07/24/2026 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.